IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMAL MARTIN WALTON,<br>Petitioner,<br><br>v.<br><br>WARDEN EBBERT,<br>Respondent. | 3:19-cv-1016<br><br>Hon. John E. Jones III |

## **ORDER**[1]

**July 21, 2020**

NOW THEREFORE, upon consideration of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania

---

[1] This matter has been transferred to the undersigned due to the death of the Honorable James M. Munley.